UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CR0333 RWS (AGF) |
| ) | |
| SINTRIELE LAWRENCE, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER REGARDING MENTAL COMPETENCY</u>**

This matter came before the Court for a hearing on Defendant's mental competency pursuant to 18 U.S.C. § 4241(d) and (e). Issues regarding Defendant's mental competency were first raised in a motion by Defendant for a mental examination. Following a hearing, this Court entered an Order on August 9, 2004 (Doc. # 25), committing Defendant for an evaluation pursuant to 18 U.S.C. § 4241(a). Defendant was evaluated at the Metropolitan Correctional Center in New York, New York. Following a further hearing it was determined that Defendant was then suffering from a mental disease or defect rendering him incompetent to stand trial, and by Order dated November 24, 2004 (Doc. # 32), Defendant was committed under 18 U.S.C. § 4241(d) to a suitable facility, for a period not to exceed four months, to determine whether there was a substantial probability that, in the foreseeable future, Defendant would attain the capacity to permit the trial to proceed.

Defendant was committed to the U.S. Medical Center at Springfield, Missouri, where he received medical treatment, including medication for schizophrenia. On May 9,

2005, Robert E. McFadden, the Warden at the Medical Center, issued a Certificate of Competency, pursuant to 18 U.S.C. § 4241(e), certifying that Defendant Lawrence "has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in the defense of the claims brought against him" in this case. (Doc. # 35, filed under seal). Attached to the Certificate is a Forensic Psychological Report (the "Medical Report"), dated April 25, 2005, signed by Lea Ann Preston, Ph.D., Clinical Psychologist, and Mary A. Martin, M.S., Psychology Intern.

On May 18, 2005, a hearing was held pursuant to 18 U.S.C. § 4247(d) and (e). Defendant was present and represented by his attorney, Assistant Federal Public Defender Lucille G. Liggett. The government was represented by Assistant United States Attorney Reginald L. Harris. Both parties had received and reviewed the Certificate of Competency and copies of the Medical Report. Neither party had any objections to the conclusion in the Medical Report regarding Defendant's competency, and neither party believed there was a need for any further testing regarding Defendant's competency. Having reviewed the Certificate of Competency and the Medical Report of Dr. Preston, in which she concludes that Defendant is able to understand and appreciate the nature and consequences of the proceeding and to assist properly in his own defense, and having had the opportunity to observe Defendant and discuss the proceedings with him,

The undersigned hereby finds, by a preponderance of the evidence, pursuant to 18 U.S.C. §§ 4241(d) and (e), that Defendant has recovered to such an extent that he is able

to understand the nature and consequences of the proceedings against him and to assist properly in his own defense.

**IT IS THEREFORE ORDERED** that the stay previously entered in this cause is lifted.

**IT IS FURTHER ORDERED** that the District Court shall be advised of this Order and that the case may now be re-set for trial.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 18th day of May, 2005.