UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:04CR333 RWS |
| | ) | |
| SINTRIELE LAWRENCE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the September 9, 2005, sentencing of defendant is vacated. The Court will reset sentencing when I have been notified the defendant is ready to proceed.

**IT IS FURTHER ORDERED** that a status conference is set for November 18, 2005, at 9:30 a.m., in the chambers of the undersigned. Defendant's presence is not required at the conference.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2005.